# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
 §
CHRZANOWSKI, MICHAEL JOHN § Case No. 05-37576
 §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter      of the United States Bankruptcy Code on            . The undersigned trustee was appointed on                  .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

       Funds were disbursed in the following amounts:

       Administrative expenses
       Payments to creditors
       Non-estate funds paid to 3rd Parties
       Payments to the debtor

       Leaving a balance on hand of[1]      $

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing claims in this case was            . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $____.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/JOSEPH E. COHEN_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | |
|---|---|
| Case No: 05-37576  PSH  Judge: PAMELA S. HOLLIS | Trustee Name: JOSEPH E. COHEN |
| Case Name: CHRZANOWSKI, MICHAEL JOHN | Date Filed (f) or Converted (c): 09/15/05 (f) |
| | 341(a) Meeting Date: 10/24/05 |
| For Period Ending: 08/30/10 | Claims Bar Date: 04/27/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 102,500.00 | 30,000.00 | | 183,000.00 | 0.00 |
| 2. CHECKING | 18.00 | 0.00 | | 0.00 | 0.00 |
| 3. SAVINGS | 7.00 | 0.00 | | 0.00 | 0.00 |
| 4. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. PICTURES, CDS | 100.00 | 0.00 | | 0.00 | 0.00 |
| 6. APPAREL | 150.00 | 0.00 | | 0.00 | 0.00 |
| 7. GOLF CLUBS | 50.00 | 0.00 | | 0.00 | 0.00 |
| 8. VEHICLE | 970.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 832.04 | Unknown |

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $104,795.00 | $30,000.00 | | $183,832.04 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS SOLD HOUSE OWNED BY DEBTOR AND BROTHER.  TRUSTEE TO REVIEW PROOFS OF CLAIM THAT HAVE BEEN FILED.  TRUSTEE TO EMPLOY AN ACCOUNTANT TO PREPARE TAX RETURNS.  TRUSTEE PREPARING HIS FINAL REPORT.

Initial Projected Date of Final Report (TFR): 12/31/06      Current Projected Date of Final Report (TFR): 03/30/10

LFORM1

**UST Form 101-7-TFR (9/1/2009)** *(Page: 3)*

Ver: 15.10d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 05-37576 -PSH | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | CHRZANOWSKI, MICHAEL JOHN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9269  BofA - Money Market Account |
| Taxpayer ID No: | *******9172 | | | |
| For Period Ending: | 08/30/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/11/06 | | FIRST AMERICAN TITLE INSURANCE CO. | Proceeds from sale of real estate | | 39,959.34 | | 39,959.34 |
| | 1 | FIRST AMERICAN TITLE INSURANCE CO. | Memo Amount:       183,000.00 | 1110-000 | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | MORTGAGE ELECTRONIC REGISTRATION | Memo Amount:   (   79,980.91 ) | 4110-000 | | | |
| | | | Payment of secured claim | | | | |
| | | | Memo Amount:   (   9,150.00 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | JOHN CHRZANOWSKI | Memo Amount:   (   39,959.34 ) | 8500-002 | | | |
| | | | Payment to Co-owner | | | | |
| | | | Memo Amount:   (   13,950.41 ) | 2500-000 | | | |
| | | | Title charges & prorations | | | | |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 9.81 | | 39,969.15 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 28.47 | | 39,997.62 |
| 03/14/06 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 30.50 | 39,967.12 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 33.96 | | 40,001.08 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 32.88 | | 40,033.96 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.00 | | 40,067.96 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 32.93 | | 40,100.89 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.06 | | 40,134.95 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.09 | | 40,169.04 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 33.02 | | 40,202.06 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.14 | | 40,236.20 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 33.07 | | 40,269.27 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.19 | | 40,303.46 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.24 | | 40,337.70 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 30.94 | | 40,368.64 |
| 03/01/07 | 000302 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet St.<br>New Orleans, LA 70130 | Bond premium | 2300-000 | | 32.50 | 40,336.14 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 05-37576 -PSH |
| Case Name: | CHRZANOWSKI, MICHAEL JOHN |
| Taxpayer ID No: | *******9172 |
| For Period Ending: | 08/30/10 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9269  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.28 | | 40,370.42 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 33.19 | | 40,403.61 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.32 | | 40,437.93 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 33.23 | | 40,471.16 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.38 | | 40,505.54 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.40 | | 40,539.94 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 25.82 | | 40,565.76 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 25.85 | | 40,591.61 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 21.69 | | 40,613.30 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 19.42 | | 40,632.72 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 16.10 | | 40,648.82 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 9.66 | | 40,658.48 |
| 03/25/08 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 35.87 | 40,622.61 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 9.61 | | 40,632.22 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 8.33 | | 40,640.55 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 5.16 | | 40,645.71 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 5.00 | | 40,650.71 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 5.16 | | 40,655.87 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 5.16 | | 40,661.03 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 5.00 | | 40,666.03 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 3.94 | | 40,669.97 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 3.33 | | 40,673.30 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 2.05 | | 40,675.35 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 40,675.69 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 40,676.00 |
| 02/28/09 | 000304 | International Sureties, Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 33.39 | 40,642.61 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.35 | | 40,642.96 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.89 | | 40,643.85 |

LFORM2T4

UST Form 101-7-TFR (9/1/2009) *(Page: 5)*

Ver: 15.10d

FORM 2

Page: 3

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-37576 -PSH | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | CHRZANOWSKI, MICHAEL JOHN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9269  BofA - Money Market Account |
| Taxpayer ID No: | *******9172 | | | |
| For Period Ending: | 08/30/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.03 | | 40,644.88 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 40,645.89 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.04 | | 40,646.93 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.04 | | 40,647.97 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.00 | | 40,648.97 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.03 | | 40,650.00 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 40,651.01 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.04 | | 40,652.05 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.03 | | 40,653.08 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.94 | | 40,654.02 |
| 03/26/10 | 000305 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 48.33 | 40,605.69 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.04 | | 40,606.73 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.00 | | 40,607.73 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.03 | | 40,608.76 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.00 | | 40,609.76 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.03 | | 40,610.79 |

| | | | Account *******9269 | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 1 | Deposits | 39,959.34 | 5 | Checks | 180.59 |
| Memo Allocation Receipts: | 183,000.00 | | 55 | Interest Postings | 832.04 | 0 | Adjustments Out | 0.00 |
| Memo Allocation Disbursements: | 143,040.66 | | | Subtotal | $ 40,791.38 | 0 | Transfers Out | 0.00 |
| Memo Allocation Net: | 39,959.34 | | 0 | Adjustments In | 0.00 | | Total | $ 180.59 |
| | | | 0 | Transfers In | 0.00 | | | |
| | | | | Total | $ 40,791.38 | | | |

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 05-37576 -PSH |
| Case Name: | CHRZANOWSKI, MICHAEL JOHN |
| Taxpayer ID No: | *******9172 |
| For Period Ending: | 08/30/10 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9269  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 05-37576 | | Page 1 | | Date: August 30, 2010 |
| --- | --- | --- | --- | --- | --- |
| Debtor Name: | CHRZANOWSKI, MICHAEL JOHN | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 001 3410-00 | Popowcer Katten Ltd. | Administrative | | $1,032.00 | $0.00 | $1,032.00 |
| 001 3110-00 | Cohen & Krol | Administrative | | $3,261.75 | $0.00 | $3,261.75 |
| 000001 070 7100-00 | Fifth Third Bank<br>1850 E Paris Ave SE<br>MD#ROPS05/Bankruptcy<br>Grand Rapids MI 49546 | Unsecured | | $2,191.83 | $0.00 | $2,191.83 |
| 000002 070 7100-00 | Discover Bank/Discover Financial Services<br>PO Box 8003<br>Hilliard, OH 43026 | Unsecured | | $3,097.94 | $0.00 | $3,097.94 |
| 000003 070 7100-00 | Discover Bank/Discover Financial Services<br>PO Box 8003<br>Hilliard, OH 43026 | Unsecured | | $2,003.69 | $0.00 | $2,003.69 |
| 000004 070 7100-00 | Discover Bank/Discover Financial Services<br>PO Box 8003<br>Hilliard, OH 43026 | Unsecured | | $2,699.11 | $0.00 | $2,699.11 |
| 000005 070 7100-00 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave, Suite 900<br>Seattle, WA 98121 | Unsecured | | $2,839.64 | $0.00 | $2,839.64 |
| 000006 070 7100-00 | First National Bank of Omaha<br>1620 Dodge St<br>Omaha, Nebraska 68105-0773 | Unsecured | | $6,658.98 | $0.00 | $6,658.98 |
| 000007 070 7100-00 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave, Suite 900<br>Seattle, WA 98121 | Unsecured | | $3,271.30 | $0.00 | $3,271.30 |
| 000008 070 7100-00 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave, Suite 900<br>Seattle, WA 98121 | Unsecured | | $4,884.17 | $0.00 | $4,884.17 |
| 000009 070 7100-00 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave, Suite 900<br>Seattle, WA 98121 | Unsecured | | $3,158.42 | $0.00 | $3,158.42 |
| 000010 070 7100-00 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave, Suite 900<br>Seattle, WA 98121 | Unsecured | | $7,420.37 | $0.00 | $7,420.37 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 05-37576 | | Page 2 | | | Date: August 30, 2010 |
|---|---|---|---|---|---|---|
| Debtor Name: | CHRZANOWSKI, MICHAEL JOHN | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011 070 7100-00 | MBNA America Bank NA<br>Mailstop DES-014-02-03<br>PO Box 15168<br>Wilmington, DE 19850 | Unsecured | | $44,697.14 | $0.00 | $44,697.14 |
| 000012 070 7100-00 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P O BOX 6305<br>The Lakes, NV 88901-6305 | Unsecured | | $10,061.10 | $0.00 | $10,061.10 |
| 000013 070 7100-00 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada NA / HSBC Card Services III<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $3,081.81 | $0.00 | $3,081.81 |
| 000014 070 7100-00 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada NA / HSBC Card Services III<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $153.08 | $0.00 | $153.08 |
| | Case Totals: | | | $100,512.33 | $0.00 | $100,512.33 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-37576
Case Name: CHRZANOWSKI, MICHAEL JOHN
Trustee Name: JOSEPH E. COHEN

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: JOSEPH E. COHEN | $_____ | $_____ |
| Attorney for trustee: Cohen & Krol | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: Popowcer Katten Ltd. | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Fifth Third Bank* | $ | $ |
| *000002* | *Discover Bank/Discover Financial Services* | $ | $ |
| *000003* | *Discover Bank/Discover Financial Services* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | Discover Bank/Discover Financial Services | $ | $ |
| 000005 | Chase Bank USA, N.A. | $ | $ |
| 000006 | First National Bank of Omaha | $ | $ |
| 000007 | Chase Bank USA, N.A. | $ | $ |
| 000008 | Chase Bank USA, N.A. | $ | $ |
| 000009 | Chase Bank USA, N.A. | $ | $ |
| 000010 | Chase Bank USA, N.A. | $ | $ |
| 000011 | MBNA America Bank NA | $ | $ |
| 000012 | Citibank (South Dakota) N.A. | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $         .