UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHRZANOWSKI, MICHAEL JOHN | § | Case No. 05-37576 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                  . The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH E. COHEN _____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOHN CHRZANOWSKI |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | MORTGAGE ELECTRONIC REGISTRATION |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Title charges & prorations | | | | | |
| Real estate taxes | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| POPOWCER KATTEN LTD. | | | | | |
| Broker's real estate commission | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000009 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | CHASE BANK USA, N.A. | | | | | |
| 000012 | CITIBANK (SOUTH DAKOTA) N.A. | | | | | |
| 000002 | DISCOVER BANK/DISCOVER FINANCIAL SE | | | | | |
| 000003 | DISCOVER BANK/DISCOVER FINANCIAL SE | | | | | |
| 000004 | DISCOVER BANK/DISCOVER FINANCIAL SE | | | | | |
| 000013 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000014 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000001 | FIFTH THIRD BANK | | | | | |
| 000006 | FIRST NATIONAL BANK OF OMAHA | | | | | |
| 000011 | MBNA AMERICA BANK NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

| Case No: | 05-37576 | PSH | Judge: PAMELA S. HOLLIS |
|---|---|---|---|

| Case Name: | CHRZANOWSKI, MICHAEL JOHN |
|---|---|

For Period Ending:  03/08/11

| Trustee Name: | JOSEPH E. COHEN |
|---|---|
| Date Filed (f) or Converted (c): | 09/15/05 (f) |
| 341(a) Meeting Date: | 10/24/05 |
| Claims Bar Date: | 04/27/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 102,500.00 | 30,000.00 | | 183,000.00 | 0.00 |
| 2. CHECKING | 18.00 | 0.00 | | 0.00 | 0.00 |
| 3. SAVINGS | 7.00 | 0.00 | | 0.00 | 0.00 |
| 4. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. PICTURES, CDS | 100.00 | 0.00 | | 0.00 | 0.00 |
| 6. APPAREL | 150.00 | 0.00 | | 0.00 | 0.00 |
| 7. GOLF CLUBS | 50.00 | 0.00 | | 0.00 | 0.00 |
| 8. VEHICLE | 970.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 835.15 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $104,795.00 | $30,000.00 | | $183,835.15 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS SOLD HOUSE OWNED BY DEBTOR AND BROTHER.  TRUSTEE TO REVIEW PROOFS OF CLAIM THAT HAVE BEEN FILED.  TRUSTEE TO
EMPLOY AN ACCOUNTANT TO PREPARE TAX RETURNS.  TRUSTEE PREPARING HIS FINAL REPORT.  DISTRIBUTION MADE AND TRUSTEE READY
TO FILE HIS TDR.

Initial Projected Date of Final Report (TFR): 12/31/06     Current Projected Date of Final Report (TFR): 09/30/10

LFORM1

Ver: 16.01c

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 05-37576 -PSH |
| Case Name: | CHRZANOWSKI, MICHAEL JOHN |
| Taxpayer ID No: | *******9172 |
| For Period Ending: | 03/08/11 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9269  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/11/06 | | FIRST AMERICAN TITLE INSURANCE CO. | Proceeds from sale of real estate | | 39,959.34 | | 39,959.34 |
| | 1 | FIRST AMERICAN TITLE INSURANCE CO. | Memo Amount:        183,000.00 | 1110-000 | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | MORTGAGE ELECTRONIC REGISTRATION | Memo Amount:     (     79,980.91 ) | 4110-000 | | | |
| | | | Payment of secured claim | | | | |
| | | | Memo Amount:     (      9,150.00 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | JOHN CHRZANOWSKI | Memo Amount:     (     39,959.34 ) | 8500-002 | | | |
| | | | Payment to Co-owner | | | | |
| | | | Memo Amount:     (     11,726.16 ) | 2500-000 | | | |
| | | | Title charges & prorations | | | | |
| | | | Memo Amount:     (      2,224.25 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | | Real estate taxes | | | | |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 9.81 | | 39,969.15 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 28.47 | | 39,997.62 |
| 03/14/06 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 30.50 | 39,967.12 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 33.96 | | 40,001.08 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 32.88 | | 40,033.96 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.00 | | 40,067.96 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 32.93 | | 40,100.89 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.06 | | 40,134.95 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.09 | | 40,169.04 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 33.02 | | 40,202.06 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.14 | | 40,236.20 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 33.07 | | 40,269.27 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.19 | | 40,303.46 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.24 | | 40,337.70 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 30.94 | | 40,368.64 |
| 03/01/07 | 000302 | International Sureties, Ltd. | Bond premium | 2300-000 | | 32.50 | 40,336.14 |

LFORM2T4 **UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 16.01c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 05-37576 -PSH | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CHRZANOWSKI, MICHAEL JOHN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9269  BofA - Money Market Account |
| Taxpayer ID No: | *******9172 | | |
| For Period Ending: | 03/08/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 500 | | | | | |
| | | 203 Carondelet St. | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.28 | | 40,370.42 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 33.19 | | 40,403.61 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.32 | | 40,437.93 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 33.23 | | 40,471.16 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.38 | | 40,505.54 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.40 | | 40,539.94 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 25.82 | | 40,565.76 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 25.85 | | 40,591.61 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 21.69 | | 40,613.30 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 19.42 | | 40,632.72 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 16.10 | | 40,648.82 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 9.66 | | 40,658.48 |
| 03/25/08 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 35.87 | 40,622.61 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 9.61 | | 40,632.22 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 8.33 | | 40,640.55 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 5.16 | | 40,645.71 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 5.00 | | 40,650.71 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 5.16 | | 40,655.87 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 5.16 | | 40,661.03 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 5.00 | | 40,666.03 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 3.94 | | 40,669.97 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 3.33 | | 40,673.30 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 2.05 | | 40,675.35 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 40,675.69 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 40,676.00 |
| 02/28/09 | 000304 | International Sureties, Ltd. | Bond premium | 2300-000 | | 33.39 | 40,642.61 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |

LFORM2T4 **UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Ver: 16.01c

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-37576  -PSH | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CHRZANOWSKI, MICHAEL JOHN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9269  BofA - Money Market Account |
| Taxpayer ID No: | *******9172 | | | |
| For Period Ending: | 03/08/11 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA 70139 | | | | | |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.35 | | 40,642.96 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.89 | | 40,643.85 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.03 | | 40,644.88 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 40,645.89 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.04 | | 40,646.93 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.04 | | 40,647.97 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.00 | | 40,648.97 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.03 | | 40,650.00 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 40,651.01 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.04 | | 40,652.05 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.03 | | 40,653.08 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.94 | | 40,654.02 |
| 03/26/10 | 000305 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 48.33 | 40,605.69 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.04 | | 40,606.73 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.00 | | 40,607.73 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.03 | | 40,608.76 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.00 | | 40,609.76 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.03 | | 40,610.79 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.04 | | 40,611.83 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.00 | | 40,612.83 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.03 | | 40,613.86 |
| 11/02/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 40,613.90 |
| 11/02/10 | | Transfer to Acct #*******1464 | Final Posting Transfer | 9999-000 | | 40,613.90 | 0.00 |

Ver: 16.01c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-37576 -PSH | |
| Case Name: | CHRZANOWSKI, MICHAEL JOHN | |
| Taxpayer ID No: | *******9172 | |
| For Period Ending: | 03/08/11 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9269  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |
|---|---|
| Memo Allocation Receipts: | 183,000.00 |
| Memo Allocation Disbursements: | 143,040.66 |
| Memo Allocation Net: | 39,959.34 |

Account   *******9269

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 39,959.34 | 5 | Checks | 180.59 |
| 59 | Interest Postings | 835.15 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 40,613.90 |
| | Subtotal | $ 40,794.49 | | Total | $ 40,794.49 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 40,794.49 | | | |

Ver: 16.01c

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 05-37576  -PSH | | | Trustee Name: | JOSEPH E. COHEN | |
| Case Name: | CHRZANOWSKI, MICHAEL JOHN | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | | Account Number / CD #: | *******1464  BofA - Checking Account | |
| Taxpayer ID No: | *******9172 | | | | | |
| For Period Ending: | 03/08/11 | | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/02/10 | | Transfer from Acct #*******9269 | Transfer In From MMA Account | 9999-000 | 40,613.90 | | 40,613.90 |
| 11/03/10 | 003001 | JOSEPH E. COHEN 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 12,441.76 | 28,172.14 |
| 11/03/10 | 003002 | JOSEPH E. COHEN 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL  60602-0000 | Chapter 7 Expenses | 2200-000 | | 41.59 | 28,130.55 |
| 11/03/10 | 003003 | Popowcer Katten Ltd. | Accountant  for Trustee fees Accountant for Trustee fees | 3410-000 | | 1,032.00 | 27,098.55 |
| 11/03/10 | 003004 | Cohen & Krol | Attorney for Trustee fees | 3110-000 | | 2,174.50 | 24,924.05 |
| 11/03/10 | 003005 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 1,087.25 | 23,836.80 |
| 11/03/10 | 003006 | Fifth Third Bank 1850 E Paris Ave SE MD#ROPS05/Bankruptcy Grand Rapids MI 49546 | Claim 000001, Payment 25.63566% | 7100-000 | | 561.89 | 23,274.91 |
| 11/03/10 | 003007 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard, OH 43026 | Claim 000002, Payment 25.63542% | 7100-000 | | 794.17 | 22,480.74 |
| 11/03/10 | 003008 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard, OH 43026 | Claim 000003, Payment 25.63570% | 7100-000 | | 513.66 | 21,967.08 |
| 11/03/10 | 003009 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard, OH 43026 | Claim 000004, Payment 25.63549% | 7100-000 | | 691.93 | 21,275.15 |
| 11/03/10 | 003010 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Ave, Suite 900 Seattle, WA 98121 | Claim 000005, Payment 25.63529% | 7100-000 | | 727.95 | 20,547.20 |

Ver: 16.01c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 05-37576 -PSH | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | CHRZANOWSKI, MICHAEL JOHN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1464  BofA - Checking Account |
| Taxpayer ID No: | *******9172 | | |
| For Period Ending: | 03/08/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/03/10 | 003011 | First National Bank of Omaha<br>1620 Dodge St<br>Omaha, Nebraska 68105-0773 | Claim 000006, Payment 25.63546% | 7100-000 | | 1,707.06 | 18,840.14 |
| 11/03/10 | 003012 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave, Suite 900<br>Seattle, WA 98121 | Claim 000007, Payment 25.63537% | 7100-000 | | 838.61 | 18,001.53 |
| 11/03/10 | 003013 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave, Suite 900<br>Seattle, WA 98121 | Claim 000008, Payment 25.63547% | 7100-000 | | 1,252.08 | 16,749.45 |
| 11/03/10 | 003014 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave, Suite 900<br>Seattle, WA 98121 | Claim 000009, Payment 25.63560% | 7100-000 | | 809.68 | 15,939.77 |
| 11/03/10 | 003015 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave, Suite 900<br>Seattle, WA 98121 | Claim 000010, Payment 25.63551% | 7100-000 | | 1,902.25 | 14,037.52 |
| 11/03/10 | 003016 | MBNA America Bank NA<br>Mailstop DES-014-02-03<br>PO Box 15168<br>Wilmington, DE 19850 | Claim 000011, Payment 25.63547% | 7100-000 | | 11,458.32 | 2,579.20 |
| 11/03/10 | 003017 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P O BOX 6305<br>The Lakes, NV 88901-6305 | Claim 000012, Payment 25.63537% | 7100-000 | | 2,579.20 | 0.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-37576  -PSH | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CHRZANOWSKI, MICHAEL JOHN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1464  BofA - Checking Account |
| Taxpayer ID No: | *******9172 | | | |
| For Period Ending: | 03/08/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Account  *******1464 | | Balance Forward | 0.00 | | | | |
| | | | 0 | Deposits | 0.00 | 17 | Checks | 40,613.90 | |
| | | | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 | |
| Memo Allocation Receipts: | 0.00 | | | | | 0 | Transfers Out | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | | | Subtotal | $ 0.00 | | | | |
| | | | | | | | Total | $ 40,613.90 | |
| Memo Allocation Net: | 0.00 | | 0 | Adjustments In | 0.00 | | | | |
| | | | 1 | Transfers In | 40,613.90 | | | | |
| | | | | Total | $ 40,613.90 | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Report Totals | | Balance Forward | 0.00 | | | | |
| | | | 1 | Deposits | 39,959.34 | 22 | Checks | 40,794.49 | |
| Total Allocation Receipts: | 183,000.00 | | 59 | Interest Postings | 835.15 | 0 | Adjustments Out | 0.00 | |
| Total Allocation Disbursements: | 143,040.66 | | | Subtotal | $ 40,794.49 | 1 | Transfers Out | 40,613.90 | |
| Total Memo Allocation Net: | 39,959.34 | | | | | | Total | $ 81,408.39 | |
| | | | 0 | Adjustments In | 0.00 | | | | |
| | | | 1 | Transfers In | 40,613.90 | | | | |
| | | | | Total | $ 81,408.39 | | Net Total Balance | $ 0.00 | |